Case: 1:23−mj−00096
Assigned To : Harvey, G. Michael
Assign. Date : 5/3/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

On May 2, 2023, law enforcement observed an individual occupying a known stolen vehicle in front of 450 Condon Terrace SE in Washington, D.C. At approximately 1:19 p.m., Metropolitan Police Department Officers Hasell, Turner, and P. Vaillancourt responded to provide assistance. Your Affiant, MPD Detective Thomas O'Donnell, was also present on scene.

Law enforcement observed a gray Toyota RAV4 bearing Maryland tag ▮▮▮▮▮▮ parked in front of 450 Condon Terrace SE. A query of a law enforcement database confirmed the vehicle had been stolen earlier that day, at approximately 5:00 a.m., during the armed robbery of an establishment in Anne Arundel County, Maryland.

The responding officers approached the known stolen vehicle and detained two individuals who had been occupying it: the driver, who later identified himself as SHAMELL JOYNER, and the front seat passenger, W-1.

After Defendant JOYNER was removed from the vehicle, law enforcement observed in plain view on the driver's seat floorboard—in the same area from which officers had just removed Defendant JOYNER—a semi-automatic firearm. The firearm, which is depicted in the image below, is a black U.S. Fire Arms ZiP .22 LR semi-automatic pistol with an extended magazine.



The vehicle was taken into evidence and towed to the District of Columbia Department of Forensic Science for processing at a later time. The firearm remained inside the vehicle.

On May 3, 2023, Your Affiant and other members of law enforcement reported to the Department of Forensic Sciences. Special Agent Joshua Stenzel of the Federal Bureau of Investigation recovered the firearm, which, as described above, is a U.S. Fire Arms ZiP .22 LR semi-automatic pistol. The firearm bears serial number AAL985. Upon further inspection, the firearm had one round of live .22 LR ammunition in the chamber and 16 rounds of live .22 LR ammunition in the extended magazine.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Defendant JOYNER has a prior felony conviction in the Superior Court of the District of Columbia, docket number 2017 CF2 017554, for Attempted Distribution of a Controlled Substance (Cocaine). On September 26, 2018, Defendant JOYNER was sentenced on the Attempted Distribution of a Controlled Substance charge to a fully suspended term of 18 months' imprisonment. Therefore, Defendant JOYNER would have been aware at the time of his arrest in this case that he had a previous conviction for a crime punishable by a term of imprisonment exceeding one year.

As such, Your Affiant submits that probable cause exists to charge Defendant JOYNER with a violation of 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Person Previously Convicted of a Crime Punishable by a Term of Imprisonment Exceeding One Year).

Your Affiant has not provided every fact known to him about the investigation but facts sufficient to establish probable cause.

_____
Thomas O'Donnell
Detective
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on May 3, 2023.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge